DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROSE MARIE BATTAGLIA,**
Appellant,

v.

**STATE ATTORNEY OF THE NINETEENTH CIRCUIT,**
and **BERNARD ROMERO,**
Appellees.

No. 4D20-1667

[May 13, 2021]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Barbara W. Bronis, Judge; L.T. Case No. 562018CA002007AXXXHC.

Diana L. Martin of Cohen Milstein Sellers Toll PLLC, Palm Beach Gardens, for appellant.

Daniel S. Weinger, Daniel J. Santaniello, and Chris Moore of Luks, Santaniello, Petrillo & Cohen, Fort Lauderdale, for appellee Bernard Romero.

PER CURIAM.

*Affirmed.*

MAY, KUNTZ and ARTAU, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***